■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v KIMARK SMITH, Appellant. [891 NYS2d 294]

Contrary to the defendant's contention, the Supreme Court properly denied, without a hearing, that branch of his omnibus motion which was to suppress physical evidence (*see People v Montero*, 44 AD3d 796 [2007]). The defendant's supporting papers were conclusory and failed to set forth factual allegations sufficient to warrant such a hearing (*see* CPL 710.60 [3] [b]; *People v Wright*, 54 AD3d 695, 696 [2008]; *People v Montero*, 44 AD3d at 797).

The defendant's contention that the evidence was legally insufficient to support his convictions of endangering the welfare of a child is unpreserved for appellate review (*see* CPL 470.05 [2]; *People v Hawkins*, 11 NY3d 484 [2008]). In any event, viewing the evidence in the light most favorable to the prosecution (*People v Contes*, 60 NY2d 620 [1983]), we find that the evidence was legally sufficient to establish beyond a reasonable doubt the defendant's guilt of endangering the welfare of a child (*see* Penal Law § 260.10 [1]; *People v Hitchcock*, 98 NY2d 586, 592 [2002]). Moreover, upon our independent review pursuant to CPL 470.15 (5), we are satisfied that the verdict of guilt on those counts was not against the weight of the evidence (*see People v Romero*, 7 NY3d 633 [2006]). Covello, J.P., Santucci, Chambers and Hall, JJ., concur.